**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Numeriano P. Inumerable (SBN 144076)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
ANA VENTURA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA VENTURA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MODESTA RAMOS D/B/A RAMOS AUTO SALES; MARGARITO FARIAS CONTRERAS, AS TRUSTEE OF THE FARIAS FAMILY REVOCABLE TRUST; and DOES 1 to 10,<br><br>　　　　　Defendants. | Case No.: 5:25-cv-02571-SSS-SP<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

　　**PLEASE TAKE NOTICE** that Plaintiff ANA VENTURA ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *with* prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

　(a) **Voluntary Dismissal.**

　　　(1)　*Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

    (i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

DATED: January 26, 2026    **SO. CAL. EQUAL ACCESS GROUP**

        By:  */s/ Jason J. Kim*
           Jason J. Kim, Esq.
           Attorneys for Plaintiff